UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.P. Morgan Securities LLC et al.,<br><br>                    Petitioners,<br><br>         -against-<br><br>Baron Capital Management, Inc.,<br><br>                    Respondent. | 25-MC-22 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a remote conference on **Wednesday, January 22, 2025 at 2:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **362 010 729**, followed by the pound (#) sign.

    Petitioners should inform any parties who have not yet appeared in the case of the scheduled conference and update the Court by January 21, 2025 at 12:00 PM if any parties have not been contacted.

    SO ORDERED.

Dated: January 16, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge