UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.P. Morgan Securities LLC et al.,<br><br>                              Petitioners,<br><br>           -against-<br><br>Baron Capital Management, Inc.,<br><br>                              Respondent. | 25-MC-22 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Petitioners request that the Court order respondent to comply with a subpoena issued in connection with *Franchi v. SmileDirectClub, Inc. et al.*, No. 3:19-CV-00962. That case is currently pending in the Middle District of Tennessee. The issues presented in the petition before the Court have already been raised to the *Franchi* court, which is also familiar with the status of discovery, case management timelines, and the underlying dispute. The Court sees no reason to involve itself in a complex, years-long litigation that another court is actively overseeing, especially when that other court has crucial background knowledge about the case that this Court does not. For these reasons, and the reasons stated at the conference held on January 22, 2025, the Court finds that exceptional circumstances exist warranting transfer of this action to the United States District Court for the Middle District of Tennessee. *See* Fed. R. Civ. P. 45(f). The Clerk of Court is respectfully directed to transfer this action and close the case.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                        United States District Judge